Name: Kevin Keay
Address: 1240 Sw Columbia St. #608
Portland OR 97201
Phone: 503-919-5874

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

PORTLAND DIVISION  ADDitional information

Kevin Keay

Plaintiff(s),                      Case No: _____

vs.

OHSU

Defendant(s).

DR CHan with OHSu failed
To get power CHair in 2 years
2012-2014 I Asked him several
Time esAnd 1st time he Knowingly put
Recreation CHair—Denied Second
Time He put in for power CHain
But failed to put medical codes
in and i was Denied. I HAve
HAD to suffer because He
Committed medical malpractice

Dated: 9-9-2016        Ken Keay

page 1 of 2

Name: Kevin Keay

Address: 1240 sw Columbia st. #608

Portland, OR 97201

Phone: 503-919-5874

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KevinKeay          ADDitional information

Plaintiff(s),                    Case No:

vs.

OHSU

Defendant(s).

THere was a court afointed
Attorney that DR CHen Lied
To. And HAd SAid He(DR CHan)wou)
get the powerCHair and never
Did wHat He Promised and suffered
a Heart attack in His office.
AND OHSu DiD CHECK the Heart
And Found Problems on EKG
AND w/tha Sound of Heart
Put never treated Heart VAlue
Problem

Dated: 9-9-2016              Kein Keay

PAGE 2 of 2