IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN M. KEAY, | Case No. 3:16-cv-01789-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OHSU MEDICAL CENTER, et al. | |
| Defendants. | |

On October 12, 2016, this Court ordered Plaintiff to file an amended complaint setting forth a valid basis for this Court's exercise of jurisdiction. Plaintiff was given until November 2, 2016 to file an amended complaint. Plaintiff was advised that failure to submit an amended complaint would result in the dismissal of this proceeding.

Plaintiff has failed to file an amended complaint. Accordingly, it is therefore ORDERED that this case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED this 4th day of November, 2016.

MICHAEL W. MOSMAN
Chief United States District Judge

PAGE 1 – ORDER OF DISMISSAL